IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                        Civil Action No. 3:15-cv-04109-WHA

JOHN DOE, subscriber assigned IP address 174.62.108.132,

        Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>.  John Doe was assigned the IP address 174.62.108.132.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  December 11, 2015

.

                                                Respectfully submitted,

                                                By:   /s/ *Brenna E. Erlbaum*
                                                Brenna E. Erlbaum
                                                Heit Erlbaum, LLP
                                                501-I South Reino Road, #344
                                                Newbury Park, CA 91320
                                                Phone: 805-231-9798

Email:  brenna.erlbaum@helaw.attorney
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Brenna E. Erlbaum*
Brenna E. Erlbaum